UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. _____

CHRISTINE LOPEZ-ACEVEDO,

        Plaintiff,

vs.

THE CHILDREN'S HOME SOCIETY
OF FLORIDA, d/b/a OUR KIDS OF
MIAMI-DADE & MONROE,

        Defendant.

_____/

**DEFENDANT'S, THE CHILDREN'S HOME SOCIETY OF FLORIDA,
NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant, The Children's Home Society of Florida (hereinafter "Defendant" or "CHSFL"), gives notice that the civil action presently pending in the Eleventh Judicial Circuit in and for Miami Dade County, Florida identified as *Christine Lopez-Acevedo vs. The Children's Home Society of Florida,* Case No: 2018-039189-CA is removed to this Court without waiving any rights to which Defendant may be entitled.

As grounds for this notice, Defendant shows the following:

1. In accordance with 28 U.S.C. §1446(a), copies of all record documents, including all orders, pleadings, and process which are in the State Court file are attached as Exhibit 1.

2. The Complaint in the above action was filed in the State Circuit Court (Eleventh Judicial Circuit) in and for Miami Dade County, Florida on November 21, 2018. Defendant, The

1

Children's Home Society of Florida, was served with the Summons and Complaint on December 5, 2018.

3.     In accordance with 28 U.S.C. §1446(b), this Notice of Removal was timely filed within thirty (30) days of the date that Defendant first received a copy of the Complaint.

4.     Plaintiff alleges in paragraphs 1, 21, 27, 29, 32, 35, and 37 of her Complaint that Defendant allegedly violated 42 U.S.C. §2000e-2, *et seq.* (Title VII of the Civil Rights Act of 1964), by discriminating against her on the basis of her gender/sex (female) and by retaliating against Plaintiff.  This Court has original jurisdiction of this action under 28 U.S.C. §1331, as a civil action arising under the Constitution, laws or treaties of the United States and, therefore, this federal civil action is removable pursuant to 28 U.S.C. §§ 1441(a) and (b).

5.     Plaintiff further asserts a "violation of the Florida Civil Rights Act of 1992"(FCRA) under Florida Statutes.  The same factual basis and the same allegations for the underlying Title VII claims (see paragraphs numbered 1 to 16) are also alleged as the basis for the state civil rights act claims (see paragraphs numbered 38 and 49), and therefore both actions arise from the same operative facts.

6.     This Court has supplemental jurisdiction over the state civil rights act claim pursuant to 28 U.S.C. §1367(a), as the state law civil rights claim is so interrelated to the federal law claim which is within the Court's original jurisdiction that they form a part of the same case or controversy under Article III of the United States Constitution.

7.     Since the original state court action was brought in Miami Dade County, Florida, venue is proper in the United States District Court for the Southern District of Florida, Miami Division 28 U.S.C. § 1446(a).

8.     Undersigned counsel certifies, in accordance with 28 U.S.C. §1446(d), that

concurrent with the filing and service of this Notice of Removal, Defendant's "Certificate of Filing of Notice of Removal" has been served upon Plaintiff, through his counsel of record: Anthony M. Georges-Pierre, Esq. and Max L. Horowitz, Esq.   See Exhibit 2.

9.      Undersigned counsel further certifies, in accordance with 28 U.S.C. §1446(d), that concurrent with the filing and service of this Notice of Removal, a copy of same, along with Defendant's  Certificate of Filing of Notice of Removal has been filed with the Clerk of the Circuit Court, Eleventh Judicial Circuit, in and for Miami Dade County, Florida. See Exhibit 2.

DATED this 11th day of December, 2018

Respectfully submitted,


By: /s/ Joann M. Bricker
Joann M. Bricker
Florida Bar No. 338710
jbricker-employlaw@comcast.net

Joann M. Bricker, P.A.
135 Pelican Pointe Road
Ponte Vedra, Florida 32081
Telephone:  (904) 342-2417

Attorney for Defendant
Children's Home Society of Florida

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 11, 2018 a true and complete copy of the foregoing  Defendant's, The Children's Home Society of Florida,  Notice of Removal and Exhibits attached thereto has been electronically filed with the Court using the CM/ECF System which will send a notice of electronic filing to the following:

Anthony M. Georges-Pierre, Esq.
agp@rgpattorneys.com
Max L. Horowitz, Esq.
mhorowitz@rgpattorneys.com
Remer & Georges-Pierre, PLLC.
44 West Flagler Street
Suite 2200
Miami, Fl. 33130
Telephone 305-416-5000
Facsimile  305-416-5005

I FURTHER CERTIFY that on this same date  a true and complete copy of the foregoing was also sent via U.S. First Class Mail and email to Attorneys for Plaintiff, Anthony M. Georges-Pierre, Esq.  (agp@rgpattorneys.com)  and  Max  L.  Horowitz, Esq. (mhorowitz@rgpattorneys.com).

_/s/  Joann M. Bricker_____
Attorney

4